**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 06 - 6796 ODW (PLAx) | Date | January 2, 2008 |
|---|---|---|---|
| Title | *Ledford v. City of Inglewood* | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):      Attorneys Present for Defendant(s):

Not Present      Not Present

**Proceedings:** (In chambers)    **Order DENYING Defendants' Motion for Partial Reconsideration**

    Now before the Court is Defendants' Motion for Partial Rule 72(a) Reconsideration of Magistrate Judge Abrams' November 27, 2007 Order re Plaintiffs' Motion to Compel Discovery. Having considered both the papers filed in support of and opposition to the instant Motion and the November 27, 2007 order, the Court deemed this matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    Defendants' Motion is DENIED. This decision, however, is not as broad as it may appear. In an attempt to alleviate some of Defendants' concerns, production of the requested documents will be made *in camera*. Thus, within two weeks of the date of this Order, Defendants are ordered to produce, in camera, all pre and post-incident personnel reports of the named Defendants only and only for the dates specified in the Magistrate Judge's November 27, 2007 order. From there, the Court will determine which reports are sufficiently relevant and factually related to the underlying case and will at that point turn over those identified documents to Plaintiffs.

IT IS SO ORDERED.

     --    :    00

Initials of Preparer      RGN