UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTHEA LEDFORD, individually, and as the successor in interest of MARK A. LEDFORD, AJARA LEDFORD and MARK LEDFORD, II, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF INGLEWOOD; INGLEWOOD POLICE DEPARTMENT; FORMER CHIEF OF POLICE RONALD BANKS, an individual; OFFICER RAFAEL RODRIGUEZ, an individual; OFFICER JOSE BARRAGAN an individual; OFFICER ANDIE BARILLAS, an individual; OFFICER EDWARD SANCHEZ, an individual and DOES 1 to 10, <br><br> Defendants. | No. CV06-06796 ODW (PLAx) <br><br> [PROPOSED] ORDER RE NOTICE OF SETTLEMENT |

The Court, having reviewed Plaintiff's Notice of Settlement,

IT IS ORDERED that all dates relevant to this matter, including the Pretrial Conference scheduled for June 30, 3008 and the Trial set for July 29, 2008, be vacated. An OSC re dismissal is scheduled for July 14, 2008 in order to allow the

1

1 | parties time to finalize the terms and conditions of the settlement.

2 |     This Court will retain jurisdiction in this matter until July 14, 2008.

4 | Dated: _____

5 |                  Hon. Judge Otis D. Wright